**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

**REHEARING ACTION: December 23, 2015**

**Docket Number: 15   00305-WCA**

**NUMA C. HERO & SON**
**VERSUS**
**LOUISIANA HOME BUILDERS**
**RONALD LELEUX**

**Appealed from Office of Workers' Compensation - # 4 Case No. 11-00062**

**BEFORE JUDGES**:

    Hon. Elizabeth A. Pickett
    Hon. Phyllis M. Keaty
    Hon. David Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Ronald LeLeux** has this day been

    **DENIED.**

cc: Stephen Winston Glusman, Counsel for the Appellee